GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 324-5930
Facsimile: (775) 324-6173
E-mail: gaylekern@kernltd.com
*Attorneys for Plaintiff Alpine Vista II Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALPINE VISTA II HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Cooperative Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XIU Y. PAN; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; ALL THOSE CLAIMING AN INTEREST IN 859 NUTMEG PLACE #21, RENO, NV 89502; DOES I-V, inclusive; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants.<br>_____/ | CASE NO.: 3:15-cv-00549-MMD-VPC<br><br>ORDER GRANTING EX PARTE APPLICATION TO ALLOW SERVICE BY PUBLICATION OF SUMMONS |

The Court has considered the Ex Parte Application to Allow Service by Publication of Summons ("Application"), the Affidavit of Karen M. Ayarbe, Esq. ("Affidavit") in support of the Application duly filed herein, and the Affidavits of Due Diligence. It appears to the satisfaction of the Court, and the Court finds, that Defendant Xiu Y. Pan ("Pan") cannot be found, and that the summons herein cannot be served upon Pan in person at her last known addresses. It further appears from the Application and Affidavit filed herein, and the Court hereby finds, that a cause of action for interpleader of surplus funds exists, and Pan as the prior owner of the subject real property is a proper and necessary party in the above-captioned action.

1

It further appears that the Reno Gazette-Journal is a newspaper published in Washoe County, State of Nevada, and is the newspaper most likely to give notice to Pan of the pendency of the instant action in Nevada.

NOW, THEREFORE

IT IS HEREBY ORDERED that the summons in this suit be served on Defendant Xiu Y. Pan by publication of the summonses in the Reno Gazette-Journal and that said publication be made for a period of four (4) weeks and at least once a week during that time.

IT IS FURTHER ORDERED that copies of the Summons and Complaint for Interpleader be deposited in the United States mail in Reno, Nevada, enclosed in an envelope upon which the postage is fully prepaid for first class mail, addressed to Xiu Y. Pan at her last known, most recent identified addresses of 2019 S. Mackenzie Circle, Sparks, NV 89431, and 64 Smithridge Park, Reno, NV 89502.

IT IS FINALLY HEREBY ORDERED that service of a copy of the Summons and Complaint for Interpleader on Pan in person shall also be considered equivalent to complete service by publication and deposit in the United States Post Office, and that such process may be served on Pan as prescribed under Nevada law by statute.

DATED this 19th day of January, 2016.

_____
United States Magistrate Judge

2