GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 324-5930
Facsimile: (775) 324-6173
E-mail: gaylekern@kernltd.com
*Attorneys for Plaintiff Alpine Vista II Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALPINE VISTA II HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Cooperative Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XIU Y. PAN; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; ALL THOSE CLAIMING AN INTEREST IN 859 NUTMEG PLACE #21, RENO, NV 89502; DOES I-V, inclusive; and ROE CORPORATIONS VI-X, inclusive,<br><br>Defendants.<br>_____ / | CASE NO.: 3:15-cv-00549-MMD-VPC<br><br>**ORDER GRANTING SECOND EX PARTE APPLICATION TO ENLARGE TIME TO COMPLETE SERVICE** |

The Court has considered the Second Ex Parte Application to Enlarge Time to Complete Service ("Application"), and the Affidavit of Karen M. Ayarbe, Esq. ("Affidavit"). It appears to the satisfaction of the Court, and the Court finds, that good cause exists to grant the Application, as Defendant Xiu Y. Pan ("Pan") cannot be found at her last known, identified addresses in Nevada, she was reportedly in China, it is unknown whether she has returned and, if so, where she is living, and Pan cannot be located for personal service absent exorbitant expense and

1

expenditure of time to Plaintiff. In addition, the *Reno Gazette-Journal* inadvertently published the previous Order allowing publication, and *not* the actual Summons. Based thereon, additional time to complete service by publication of the summons, or other means allowed by Nevada law, is warranted.

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Application is GRANTED and the time to serve Pan is extended from February 29, 2016, up to and including April 30, 2016.

DATED this 29th day of February, 2016.

_____
Valerie P. Cooke
United States Magistrate Judge

2