UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALPINE VISTA II HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Cooperative Corporation,<br><br>Plaintiff,<br>v.<br><br>XIU Y. PAN; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; ALL THOSE CLAIMING AN INTEREST IN 859 NUTMEG PLACE #21, RENO, NV 89502,<br><br>Defendants. | Case No. 3:15-cv-00549-MMD-VPC<br><br>ORDER LIFTING STAY |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br>v.<br><br>ALPINE VISTA II HOMEOWNERS ASSOCIATION; and KYLE KRCH,<br><br>Counter-Defendants. | |
| KYLE KRCH,<br><br>Cross-Claimant,<br>v.<br><br>ALPINE VISTA II HOMEOWNERS ASSOCIATION,<br><br>Cross-Defendant. | |

On September 29, 2016 Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae") moved for a temporary stay pending the issuance of a

mandate for the Ninth Circuit Court of Appeals' decision in *Bourne Valley Court Trust v. Wells Fargo Bank, NA,* 832 F.3d 1154 (9th Cir. 2016). (ECF No. 50.) This Court, which issued stays in a number of similar cases on the same grounds, granted the motion and stayed the case. (ECF No. 51.)

The stay order provides for the stay to be in effect until the mandate is issued in *Bourne Valley*. The Ninth Circuit issued the mandate on December 14, 2016, after denying a petition for en banc hearing and a petition for a stay pending the resolution of a petition for writ of certiorari. *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, No. 15-15233 (9th Cir. Dec. 14, 2016) (mandate). Furthermore, the appellee specifically cited one of this Court's stay orders in its request for a stay of the Ninth Circuit's mandate, arguing that delaying the mandate would promote efficiency. Nevertheless, the Ninth Circuit denied appellee's motion. Thus, *Bourne Valley*'s holding is binding precedent unless and until it is reversed, though such finality may not occur for months. Under these circumstances, the Court finds that a continued stay would not promote fairness or "secure the just, speedy, and inexpensive determination" of this case as mandated under Fed. R. Civ. P. 1.

It is therefore ordered that the temporary stay is lifted.

DATED THIS 19th day of January 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE