MARK WRAY, #4425
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
mwray@markwraylaw.com
Attorneys for Counter-Defendant/Cross-Claimant
KYLE KRCH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALPINE VISTA II HOMEOWNERS
ASSOCIATION, a Nevada Non-Profit
Cooperative Corporation,

Case No. 3:15-cv-00549-MMD-VPC

               Plaintiff,

    vs.

XIU Y. PAN; BANK OF AMERICA, N.A.;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION; ALL THOSE CLAIMING
AN INTEREST IN 859 NUTMEG PLACE
#21, RENO, NEVADA 89502,

              Defendants.
_____/

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

             Counter-Claimant,

    vs.

ALPINE VISTA II HOMEOWNERS
ASSOCIATION; and KYLE KRCH,

             Counter-Defendants.
_____/

**STIPULATION AND ORDER TO
EXTEND TIME TO RESPOND TO
FEDERAL NATIONAL
MORTGAGE ASSOCIATION'S
MOTION FOR SUMMARY
JUDGMENT**

1

KYLE KRCH,

                              Cross-Claimant,

       vs.

ALPINE VISTA II HOMEOWNERS
ASSOCIATION,

                             Cross-Defendants.

_____/

      Pursuant to Local Rule 6-1, Counter-Defendant/Cross-Claimant Kyle Krch and Defendant/Counterclaimant Federal National Mortgage Association, by their undersigned counsel hereby stipulate and agree, subject to this Court's approval, and at the request of Mark Wray, counsel for Counter-Defendant/Cross-Claimant Kyle Krch, due to Mr. Wray's hearing schedule in another matter, to extend the time for Mr. Wray to file his opposition to Federal National Mortgage Association's motion for summary judgment, served April 5, 2018, from April 26, 2018 to April 30, 2018.

      This stipulation is made in good faith and is not sought for delay or any improper purpose.

      WHEREFORE, the parties hereby stipulate and respectfully request that this Court enter an Order extending the deadline as set forth above.


      DATED: April 26, 2018       LAW OFFICES OF MARK WRAY


                              By __/s/ *Mark Wray*_____
                                   MARK WRAY
                            Attorneys for Counter-Defendant/
                            Cross-Claimant KYLE KRCH

DATED: April 26, 2018

ALDRIDGE PITE, LLP


By____/s/ *Jory Garabedian*_____
    JORY GARABEDIAN, #10352
520 South 4th St., Suite 360
Las Vegas, NV 89101
(858) 750-7600
jgarabedian@aldridgepite.com
Attorneys for Defendant/Counterclaimant
FEDERAL NATIONAL MORTGAGE
ASSOCIATION


**ORDER**

The parties having stipulated,

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED: _April 26, 2018_____