MARK WRAY, #4425
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
mwray@markwraylaw.com
Attorneys for Counter-Defendant/Cross-Claimant
KYLE KRCH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALPINE VISTA II HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Cooperative Corporation,<br><br>              Plaintiff,<br><br>  vs.<br><br>XIU Y. PAN; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; ALL THOSE CLAIMING AN INTEREST IN 859 NUTMEG PLACE #21, RENO, NEVADA 89502,<br><br>              Defendants.<br>_____/<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>              Counter-Claimant,<br><br>  vs.<br><br>ALPINE VISTA II HOMEOWNERS ASSOCIATION; and KYLE KRCH,<br><br>              Counter-Defendants.<br>_____/ | Case No. 3:15-cv-00549-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO ALPINE VISTA II HOMEOWNERS ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |

1

KYLE KRCH,
       Cross-Claimant,

 vs.

ALPINE VISTA II HOMEOWNERS ASSOCIATION,

       Cross-Defendants.
_____/

 Pursuant to Local Rule 6-1, Cross-Claimant Kyle Krch and Cross-Defendant Alpine Vista II Homeowners Association, by their undersigned counsel hereby stipulate and agree, subject to this Court's approval, and at the request of Mark Wray, counsel for Cross-Claimant Kyle Krch, due to Mr. Wray's hearing schedule in another matter, to extend the time for Mr. Wray to file his opposition to Alpine Vista II Homeowners Association's motion for summary judgment, served April 5, 2018, from April 26, 2018 to April 30, 2018.

 This stipulation is made in good faith and is not sought for delay or any improper purpose.

 WHEREFORE, the parties hereby stipulate and respectfully request that this Court enter an Order extending the deadline as set forth above.

 DATED: April 26, 2018   LAW OFFICES OF MARK WRAY

            By __/s/ *Mark Wray*_____
             MARK WRAY
            Attorneys for Counter-Defendant/
            Cross-Claimant KYLE KRCH

DATED: April 26, 2018  LIPSON NEILSON P.C.

By___/s/ *Megan Hummel*_____
   MEGAN HUMMEL, #12404
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
(702) 382-1500
mhummel@lipsonneilson.com
Attorneys for Counter-Defendant/Cross-Defendant
ALPINE VISTA II HOMEOWNERS' ASSOCIATION

**ORDER**

The parties having stipulated,

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:_April 26, 2018_____