LAUREL I. HANDLEY (NV Bar # 9576)
JORY C. GARABEDIAN (NV Bar # 10352)
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (702) 685-6342
E-Mail: lhandley@aldridgepite.com

Attorneys for Defendant/Counterclaimant:
FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALPINE VISTA II HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Cooperative Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XIU Y. PAN; BANK OF AMERICA, N.A.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; ALL THOSE CLAIMING AN INTEREST IN 859 NUTMEG PLACE #21, RENO, NV 89502,<br><br>Defendants. | Case No.: 3:15-cv-00549-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF FANNIE MAE'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 60)**<br><br>**(First Request)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Counterclaimant,<br><br>vs.<br><br>ALPINE VISTA II HOMEOWNERS ASSOCIATION; and KYLE KRCH,<br><br>Counter-Defendants. | |

| | |
|---|---|
| KYLE KRCH, | |
| Cross-Claimant, | |
| vs. | |
| ALPINE VISTA II HOMEOWNERS ASSOCIATION, | |
| Cross-Defendants. | |

Defendant/Counterclaimant Federal National Mortgage Association ("Fannie Mae") and Counter-Defendant/Cross-Claimant Kyle Krch ("Krch" and collectively "the Parties"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

1. Fannie Mae filed its Motion for Summary Judgment on April 5, 2018 (ECF No. 60).
2. Krch filed his response/opposition on April 30, 2018. (ECF No. 66).
3. Fannie Mae's reply brief is currently due May 14, 2018.
4. The Parties hereby stipulate and agree that Fannie Mae's reply brief deadline shall be extended to May 29, 2018.
5. This request and stipulation is not being made for purposes of delay or prejudice. Fannie Mae currently has a high volume of briefing that is due in the month of May for numerous other litigated cases and a short two-week extension will help alleviate that burden and afford Fannie Mae time to complete briefing in this case.

DATED this 9th day of May, 2018.

| | |
|---|---|
| ALDRIDGE PITE, LLP | LAW OFFICES OF MARK WRAY |
| /s/ Jory C. Garabedian | /s/ Mark Wray |
| Jory C. Garabedian | Mark Wray |
| *Attorneys for Defendant/Counterclaimant Federal National Mortgage Assoc.* | *Attorney for Counter-Defendant & Cross-Claimant Kyle Krch* |

**IT IS SO ORDERED:**

_____
U.S. DISTRICT COURT JUDGE

DATED: May 9, 2018

**CERTIFICATE OF SERVICE**

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 520 South Fourth Street, Suite 360, Las Vegas, Nevada 89101.

I hereby certify that I served the following document by electronic service via CM/ECF system to:

Gayle A. Kern, Esq.
gakltd@kernltd.com

Karen M. Ayarbe, Esq.
karenayarbe@kerltd.com

Thomas E. McGrath
tmcgrath@tysonmendes.com

Joseph P. Garin, Esq.
NVECF@lipsonneilson.com

Mark D. Wray, Esq.
mwray@markwraylaw.com

Megan H. Hummel
mhummel@lipsonneilson.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2018, at Las Vegas, Nevada.

*/s/Chelsea Miller*
CHELSEA MILLER
Paralegal for the firm